GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ., CA Bar # 111739
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Fred Hjelmeset,
Bankruptcy Trustee of the Estates of
Plaintiffs Danielle Frankina and Thomas Frankina

**IT IS SO ORDERED**
Judge Edward J. Davila

4/11/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE FRANKINA and THOMAS FRANKINA, and MOONDANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIG O TIRES, INC., BIG O TIRES, LLC, and DOES 1-25, <br><br> Defendants. | Case No. 5:13-cv-03186-EJD <br><br> Judge Edward J. Davila <br><br> **STIPULATION OF VOLUNTARY DISMISSAL BY PLAINTIFFS DANIELLE FRANKINA AND THOMAS FRANKINA** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Danielle Frankina and Thomas Frankina ("the Frankinas"), by and through counsel for Fred Hjelmeset, Bankruptcy Trustee of the estate of Danielle Frankina and Thomas Frankina (the "Frankina Trustee"), hereby stipulate to the dismissal, **with prejudice**, of any and all of the Frankinas' claims and causes of action that were or could have been asserted against Defendants Big O Tires, LLC and Big O Tires, Inc., the predecessor in interest of Big O Tires, LLC ("Big O"). Each party shall pay its own costs and attorneys' fees, and the Frankina Trustee will bear the court costs.

The Clerk shall close this file.

I, Daniel M. Linchey, hereby attest that counsel for Mohamed Poonja, Bankruptcy Trustee of the Estate of Plaintiff Moondance, Inc., and counsel for Big O, stipulated to the foregoing by email. As required by Civil L.R. 5-1(i)(3), I will maintain records to support this concurrence for subsequent production or inspection until one year after the final resolution of this action.

Dated: March --, 2014

GOLDBERG, STINNETT, DAVIS & LINCHEY
A PROFESSIONAL CORPORATION

By: /s/Daniel M. Linchey
    Daniel M. Linchey

Attorneys for Fred Hjelmeset, Bankruptcy Trustee of the Estates of Plaintiffs Danielle Frankina and Thomas Frankina

Dated: APRIL 8, 2014

MCKENNA LONG & ALDRIDGE LLP

By: /s/Diana Herman
    Diana Herman

Attorneys for Mohamed Poonja, Bankruptcy Trustee of the Estate of Plaintiff Moondance, Inc.

Dated: March --, 2014

BAKER & HOSTETLER LLP

By: /s/Rodger L. Eckelberry
    Rodger L. Eckelberry

Attorneys for Defendant
BIG O TIRES, LLC

I, Daniel M. Linchey, hereby attest that counsel for Mohamed Poonja, Bankruptcy Trustee of the Estate of Plaintiff Moondance, Inc., and counsel for Big O, stipulated to the foregoing by email. As required by Civil L.R. 5-1(i)(3), I will maintain records to support this concurrence for subsequent production or inspection until one year after the final resolution of this action.

Dated: ~~March~~ April 10, 2014

GOLDBERG, STINNETT, DAVIS & LINCHEY
A PROFESSIONAL CORPORATION

By: /s/Daniel M. Linchey
    Daniel M. Linchey

Attorneys for Fred Hjelmeset, Bankruptcy Trustee of the Estates of Plaintiffs Danielle Frankina and Thomas Frankina

Dated: March --, 2014

MCKENNA LONG & ALDRIDGE LLP

By: /s/Diana Herman
    Diana Herman

Attorneys for Mohamed Poonja, Bankruptcy Trustee of the Estate of Plaintiff Moondance, Inc.

Dated: March 26, 2014

BAKER & HOSTETLER LLP

By: /s/Rodger L. Eckelberry
    Rodger L. Eckelberry
Attorneys for Defendant Trischa Snyder Chapman
BIG O TIRES, LLC