IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE FRANKINA, et. al., | CASE NO. 5:13-cv-03186 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REOPEN CASE** |
| v. | |
| BIG O TIRES, INC., et. al., | |
| Defendant(s). | |

Having reviewed once again the stipulated dismissal filed April 11, 2014 (see Docket Item No. 37), the court finds its previous instruction to close the case was in error. Accordingly, the clerk is directed to reopen this case.

**IT IS SO ORDERED.**

Dated: April 17, 2014

EDWARD J. DAVILA
United States District Judge