JEFFREY L. FILLERUP (SBN 120543)
  jfillerup@mckennalong.com
DIANA D. HERMAN (SBN 191384)
  dherman@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:     415.356.3889

Attorneys for Plaintiff Mohamed Poonja,
Chapter 7 Trustee of the Estate of
Plaintiff Moondance, Inc.

IT IS SO ORDERED
Judge Edward J. Davila
7/7/2014

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE FRANKINA, THOMAS FRANKINA, and MOONDANCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIG O TIRES, INC., BIG O TIRES, LLC, and DOES 1-25, <br><br> Defendants. | Case No. 5:13-CV-03186-EJD <br><br> Judge Edward J. Davila <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Mohamed Poonja, Bankruptcy Trustee of the estate of Moondance, Inc. and Big O Tires, LLC and Big O Tires, Inc., the predecessor in interest of Big O Tires, LLC ("Big O"), through their respective counsels of record, hereby stipulate to the dismissal, with prejudice, of the Complaint in the above-referenced action. Each party shall pay its own costs and attorneys' fees, and Mohamed Poonja, Bankruptcy Trustee of the estate of Moondance, Inc., will bear the court costs, if any.

I, Diana Herman, hereby attest that counsel for Big O, stipulated to the foregoing by email. As required by Civil L.R. 5-1(i)(3), I will maintain records to support this concurrence for subsequent production or inspection until one year after the final resolution of this action.

Dated: July 3, 2014

MCKENNA LONG & ALDRIDGE LLP

By: /s/Diana Herman
  Diana Herman

Attorneys for Mohamed Poonja, Bankruptcy Trustee of the Estate of Plaintiff Moondance, Inc.

Dated: July 3, 2014

BAKER & HOSTETLER LLP

By: /s/Rodger L. Eckelberry
  Rodger L. Eckelberry

Attorneys for Defendant
BIG O TIRES, LLC

IT IS SO ORDERED.

The Clerk shall close this file.

DATED: July 7, 2014

Edward J. Davila